# EXHIBIT E

| US8861512 | GlobalMeet ("The Accused Product") |
|---|---|
| 1. A method of enabling a wireless device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR). |



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/



## Easy Dial-In Access

Don't let complicated dial-in instructions ruin your conference calls. GlobalMeet Collaboration provides easy access to join or host a conference call. No downloads or plug-ins needed.

https://www.pgi.com/solutions/meetings-conferencing/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

|  | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e,g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (a) the wireless device using a module that is responsible for contacting a server to | The wireless device (e.g., Smartphone) using a module (e.g., GlobalMeet application) that is responsible for contacting a server (e.g., GlobalMeet Server) to communicate with the server (e.g., GlobalMeet Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., GlobalMeet application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device;



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

# Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







## Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

## Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

## Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device using the module to send, over the wireless link, data to the server | The wireless device (e.g., Smartphone) using the module (e.g., GlobalMeet application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., GlobalMeet Server) that defines a call request (e.g., Invite signal from caller to server). |
|---|---|

that defines a call request;



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

|  | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
|---|---|
| (c) in response to the call request, a software application running on the server deciding on | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at GlobalMeet SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., GlobalMeet Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using |

| the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | GlobalMeet) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.  https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US |

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**

 **AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.

 **CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.

 **CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.

 **SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

# Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







## Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

## Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

## Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 5. The method of claim 4 in which the user has to enter any data required by the server | The user (e.g., user of GlobalMeet application) has to enter any data (e.g., GlobalMeet login details) required by the server (e.g., GlobalMeet Server) manually into the device (e.g., Smartphone). |

| | |
|---|---|
| manually into the device. | <br><br>https://www.globalmeet.com/login/ |
| 8. The method of claim 1, in which the server also acts as a media server so that the network connection is not limited to a voice connection, but includes also the | The server (e.g., GlobalMeet Server) also acts as a media server so that the network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data-, video- and audio files, web pages, and data-, video- and audio streaming. |

transfer of any media asset, including data, video, and audio files, web pages and data, video and audio streaming.

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**

It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**

With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**

Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**

Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

|  | ## Team Meetings<br><br>Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.<br><br>  <br><br>### Three-Way Calling<br>In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.    ### Group Chats<br>Take group chats to the next level with audio, video, screen sharing and in-application chat communication.    ### Stand-Up Meetings<br>Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.<br><br>https://www.pgi.com/solutions/meetings-conferencing/ |
| 12. The method of claim 1 in which the module establishes and controls communication | The module (e.g., GlobalMeet application) establishes and control communication (e.g., SIP/VoIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., GlobalMeet Server). |

| | |
|---|---|
| between the device and the server. | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| 23. A system comprising a wireless device located in a region and a server for | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., GlobalMeet Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., GlobalMeet Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's |

| | |
|---|---|
| enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | home location register that covers that region, wherein the server includes a software application (e.g., software running at GlobalMeet SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US |

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**


**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.


**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.


**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.


**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e,g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for | The wireless device (e.g., Smartphone) is operable using a module (e.g., GlobalMeet application) that is responsible for contacting a server (e.g., GlobalMeet Server) to communicate with the server (e.g., GlobalMeet Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., GlobalMeet application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |
|---|---|

contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device;



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

|  | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (b) the wireless device is operable using the module to send, over the wireless link, data | The wireless device (e.g., Smartphone) is operable using the module (e.g., GlobalMeet application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., GlobalMeet Server) that defines a call request (e.g., Invite signal from caller to server). |

to the server that defines a call request;



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

|  | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
|---|---|
| (c) in response to the call request, the calls manager software included on the server | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at GlobalMeet SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., GlobalMeet Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., |

| is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | Other users using GlobalMeet) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US |

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**

It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**

With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**

Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**

Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. A server for enabling a wireless device to communicate with the server to | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager. |
| --- | --- |

initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein:



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**


**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.


**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.


**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.


**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

# Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







## Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

## Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

## Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for | The wireless device (e.g., Smartphone) is operable using a module (e.g., GlobalMeet application) that is responsible for contacting a server (e.g., GlobalMeet Server) to communicate with the server (e.g., GlobalMeet Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., GlobalMeet application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |
|---|---|

contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device;



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**


**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.


**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.


**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.


**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

# Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data | The wireless device (e.g., Smartphone) is operable using the module (e.g., GlobalMeet application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., GlobalMeet Server) that defines a call request (e.g., Invite signal from caller to server). |

to the server that defines a call request;



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

**GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.**



**AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.



**CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.



**CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.



**SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

# Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







## Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

## Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

## Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (c) in response to the call request, the calls manager software included on the server | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at GlobalMeet SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., GlobalMeet Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., |

| is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using that network operator's home or visitor location register. | Other users using GlobalMeet) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |
|---|---|



https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet&hl=en_IN&gl=US

## GET ALL THE MEETING TOOLS YOU NEED FOR ONE LOW PRICE.

 **AVAILABLE ANYWHERE, ANYTIME**
It is so easy to join a meeting. Unlike those other tools, there are no required downloads. Works with a Mac, PC, iPhone® or Blackberry®. Coming soon on iPad® and Android™.

 **CLOUD-BASED CONTENT LIBRARY**
With our newly upgraded content library, it is simple to upload and share files. Plus, you can access them from any device — on your desktop or on the go.

 **CALL OVER THE INTERNET**
Using VoIP technology, GlobalMeet can conveniently connect you through your computer without the need for an additional phone line.

 **SIMPLE DESKTOP TOOLS**
Our latest desktop application allows you to instantly start, join, or schedule meetings, receive attendance notifications and share files all in a click from your desktop.

https://www.globalmeet.com/us/web_conferencing_lp_B_may12/

## Team Meetings

Communication is an important part of your team dynamic. With GlobalMeet Collaboration, three-way calling, group chats and reoccuring stand-up meetings is just a click away and free to use with our Basic package.







### Three-Way Calling

In a meeting and need to add another person? No problem. GlobalMeet makes three-way calling easy.

### Group Chats

Take group chats to the next level with audio, video, screen sharing and in-application chat communication.

### Stand-Up Meetings

Easily schedule recurring stand-up meetings with GlobalMeet Collaboration to share important updates and information with your team.

https://www.pgi.com/solutions/meetings-conferencing/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html