# EXHIBIT G

Charted Claims:

Non-method: 1

| US9369575B2 | PGI's GlobalMeet ("The accused instrumentality") |
|---|---|
| 1. A system for detecting or determining any given "VoIP (Voice over internet protocol) location" of any "VoIP enabled wireless device registered to the system" by extracting any such device's "VoIP address or return path" and storing it and updating it in one or more accessible databases, the system including a server, a VoIP enabled wireless device registered to the server and a software module downloadable from the server to the VoIP enabled wireless device, in which: | A system utilized by the accused instrumentality is a system for detecting or determining any given "VoIP (Voice over internet protocol) location" (e.g., IP address of a user device enabled with PGI's GlobalMeet application) of any "VoIP enabled wireless device registered to the system" (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) by extracting any such device's "VoIP address or return path" (e.g., IP address of a user device enabled with PGI's GlobalMeet application) and storing it and updating it in one or more accessible databases (e.g., PGI's GlobalMeet databases), the system including a server (e.g., PGI's GlobalMeet server), a VoIP enabled wireless device registered to the server (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) and a software module (e.g., PGI's GlobalMeet application) downloadable from the server (e.g., PGI's GlobalMeet server) to the VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application).<br><br>The system utilized by the accused instrumentality comprises a PGI's GlobalMeet server, a user device such as a smartphone enabled with PGI's GlobalMeet application and PGI's GlobalMeet application. The PGI's GlobalMeet application can be installed into a user smartphone device. The accused instrumentality also determines and collects IP address (i.e., VoIP address or VoIP location) of the user smartphone device. |



https://www.pgi.com/products/globalmeet/



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



https://www.pgi.com/products/globalmeet/collaboration/video/

GlobalMeet® Collaboration seamlessly connects people all over the world. Whether you are at the office, on your own couch, or enjoying a latte at a coffee shop, the possibilities are endless. Free online meeting tools, like screen sharing, VoIP audio, and HD video, are just a click away.

## Meeting features

Access to certain GlobalMeet Collaboration features can be disabled. See Restricting meeting features on the next page.

- **Host and attend meetings** in Chrome, Firefox, Microsoft Edge, and Internet Explorer 11 browsers, and GlobalMeet desktop and mobile apps.

  A host can set up to five guests to *co-host* role, allowing them to do everything a host can do during the meeting. A host can also promote guests to *presenter* role, letting them control shared content and manage other guests' audio.

- **Connect audio.** Connect to meeting audio by VoIP audio, dial-out, or dial-in, and change your audio connection during the meeting. Connection options can be set at the enterprise level.

https://files.mtstatic.com/site_7269/16141/0?Expires=1631530388



https://www.mymeetinghelp.com/Home/Meetings/Get_Started/About_the_mobile_apps



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

|  | Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.<br><br>Key features:<br>• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry<br>• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go<br>• Connect to meetings using VoIP, dial-out, or call in<br>• View high-quality screenshare with an immersive, zoomable viewing mode<br>• See who's meeting with a readable participant list<br>• Manage participants as a host with mute, promote and dismiss controls<br>• Works over WiFi, 4G/LTE, and 3G networks<br>https://play.google.com/store/apps/details?id=com.pgi.gmmeet |

### 1.1 Information we collect

**Internet or electronic network activity** information as follows:

- Usage data, such as performance metrics related to your use of the website;

- Log data generated when you use the Website, including Internet Service Provider ("ISP"), browser type, referring/exit pages, the files viewed on our site, referrer URL, key words entered into a search engine, operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the Website;

- Device data, such as the configuration of your device.

**Identifiers** associated with cookies or other technologies that may uniquely identify your device or browser, your Internet Protocol ("IP") address and your approximate location.

**Other identifiers**, including your name, company name, title, telephone number, email address and country.

https://www.pgi.com/privacy-policy/

### 2.1 Information we collect

We will collect your name, professional contact details, your job role and/or your signature in order for us to manage our relationship with your business to perform the services agreement, manage the contract, bill or send you product notifications or information our business solutions.

We will also need to process the following information from users: name or username, contact details, IP address and access number. The following information will be generated by the services: usage and traffic information including duration of meeting or event, date and time, number of participants, web browser versions or bit rate to and from our servers and the content recorded of meeting or events and files uploaded to the platform.

https://www.pgi.com/privacy-policy/

| | |
|---|---|
| | **3.5 Transfers of personal information**<br><br>Your personal information is stored on PGi´s servers and the servers of our service providers located in different parts of the world. Where information from residents in the EEA, Switzerland or the United Kingdom is transferred to, or accessed remotely in, a non-EEA country that is not recognised by the EU Commission as providing an adequate level of data protection, we rely on the EU Commission approved standard contractual clauses. In some instances, where this mechanism does not apply, we may still transfer personal information to third<br>https://www.pgi.com/privacy-policy/ |
| (a) the system is adapted to receive VoIP communications from multiple VoIP enabled wireless devices; | The system utilized by the accused instrumentality is the system which is adapted to receive VoIP communications (e.g., voice calling over IP network) from multiple VoIP enabled wireless devices (e.g., user devices such as smartphones enabled with PGI's GlobalMeet application).<br><br>The accused instrumentality provides voice calling functionality over IP network between users. |



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



https://www.pgi.com/products/globalmeet/collaboration/video/

GlobalMeet® Collaboration seamlessly connects people all over the world. Whether you are at the office, on your own couch, or enjoying a latte at a coffee shop, the possibilities are endless. Free online meeting tools, like screen sharing, VoIP audio, and HD video, are just a click away.

## Meeting features

Access to certain GlobalMeet Collaboration features can be disabled. See Restricting meeting features on the next page.

- **Host and attend meetings** in Chrome, Firefox, Microsoft Edge, and Internet Explorer 11 browsers, and GlobalMeet desktop and mobile apps.

  A host can set up to five guests to *co-host* role, allowing them to do everything a host can do during the meeting. A host can also promote guests to *presenter* role, letting them control shared content and manage other guests' audio.

- **Connect audio.** Connect to meeting audio by VoIP audio, dial-out, or dial-in, and change your audio connection during the meeting. Connection options can be set at the enterprise level.
  https://files.mtstatic.com/site_7269/16141/0?Expires=1631530388



https://www.mymeetinghelp.com/Home/Meetings/Get_Started/About_the_mobile_apps



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet



https://www.routerfreak.com/how-voip-apps-skype-whatsapp-facebook-messenger-work/

| (b) the system enables access to information in one or more databases; | The system utilized by the accused instrumentality is the system which enables access to information in one or more databases.<br><br>Upon information and belief, when a user initiate a call request for a contact, the system utilized by the accused instrumentality access one or more databases associated with PGI's GlobalMeet server to determine the user identification and/or device identification corresponding to the called contact. The system determines the status of the contacted user's device and forwards the call to the corresponding IP address associated with the contacted user.<br><br>The system updates the user's activity and log information in the corresponding databases. |
|---|---|



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



https://www.pgi.com/products/globalmeet/collaboration/video/

GlobalMeet® Collaboration seamlessly connects people all over the world. Whether you are at the office, on your own couch, or enjoying a latte at a coffee shop, the possibilities are endless. Free online meeting tools, like screen sharing, VoIP audio, and HD video, are just a click away.

## Meeting features

Access to certain GlobalMeet Collaboration features can be disabled. See Restricting meeting features on the next page.

- **Host and attend meetings** in Chrome, Firefox, Microsoft Edge, and Internet Explorer 11 browsers, and GlobalMeet desktop and mobile apps.

  A host can set up to five guests to *co-host* role, allowing them to do everything a host can do during the meeting. A host can also promote guests to *presenter* role, letting them control shared content and manage other guests' audio.

- **Connect audio.** Connect to meeting audio by VoIP audio, dial-out, or dial-in, and change your audio connection during the meeting. Connection options can be set at the enterprise level.

  https://files.mtstatic.com/site_7269/16141/0?Expires=1631530388



https://www.mymeetinghelp.com/Home/Meetings/Get_Started/About_the_mobile_apps



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet

### 1.1 Information we collect

**Internet or electronic network activity** information as follows:

- Usage data, such as performance metrics related to your use of the website;

- Log data generated when you use the Website, including Internet Service Provider ("ISP"), browser type, referring/exit pages, the files viewed on our site, referrer URL, key words entered into a search engine, operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the Website;

- Device data, such as the configuration of your device.

**Identifiers** associated with cookies or other technologies that may uniquely identify your device or browser, your Internet Protocol ("IP") address and your approximate location.

**Other identifiers**, including your name, company name, title, telephone number, email address and country.

https://www.pgi.com/privacy-policy/

### 2.1 Information we collect

We will collect your name, professional contact details, your job role and/or your signature in order for us to manage our relationship with your business to perform the services agreement, manage the contract, bill or send you product notifications or information our business solutions.

We will also need to process the following information from users: name or username, contact details, IP address and access number. The following information will be generated by the services: usage and traffic information including duration of meeting or event, date and time, number of participants, web browser versions or bit rate to and from our servers and the content recorded of meeting or events and files uploaded to the platform.

https://www.pgi.com/privacy-policy/

| | |
|---|---|
| | ### 3.5 Transfers of personal information<br><br>Your personal information is stored on PGi´s servers and the servers of our service providers located in different parts of the world. Where information from residents in the EEA, Switzerland or the United Kingdom is transferred to, or accessed remotely in, a non-EEA country that is not recognised by the EU Commission as providing an adequate level of data protection, we rely on the EU Commission approved standard contractual clauses. In some instances, where this mechanism does not apply, we may still transfer personal information to third<br>https://www.pgi.com/privacy-policy/ |
| (c) the system is capable of extracting and reporting dynamically the "VoIP address or return path" and all associated information from each incoming data communication from any "VoIP enabled wireless device registered to the system" into a database(s) associated with each corresponding registered VoIP enabled wireless device user account; | The system utilized by the accused instrumentality is the system which is capable of extracting and reporting dynamically the "VoIP address or return path" (e.g., IP address of a user device enabled with PGI's GlobalMeet application) and all associated information (e.g., all information collected by the accused instrumentality) from each incoming data communication from any "VoIP enabled wireless device registered to the system" (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) into a database(s) associated with each corresponding registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) user account.<br><br>The accused instrumentality extracts and updates a user device enabled with PGI's GlobalMeet application's IP address. The accused instrumentality stores the IP address, call log information, device identifiers in the databases corresponding to the user. |



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



[https://www.pgi.com/products/globalmeet/collaboration/video/](https://www.pgi.com/products/globalmeet/collaboration/video/)

GlobalMeet® Collaboration seamlessly connects people all over the world. Whether you are at the office, on your own couch, or enjoying a latte at a coffee shop, the possibilities are endless. Free online meeting tools, like screen sharing, VoIP audio, and HD video, are just a click away.

## Meeting features

Access to certain GlobalMeet Collaboration features can be disabled. See Restricting meeting features on the next page.

- **Host and attend meetings** in Chrome, Firefox, Microsoft Edge, and Internet Explorer 11 browsers, and GlobalMeet desktop and mobile apps.

  A host can set up to five guests to *co-host* role, allowing them to do everything a host can do during the meeting. A host can also promote guests to *presenter* role, letting them control shared content and manage other guests' audio.

- **Connect audio.** Connect to meeting audio by VoIP audio, dial-out, or dial-in, and change your audio connection during the meeting. Connection options can be set at the enterprise level.

  https://files.mtstatic.com/site_7269/16141/0?Expires=1631530388



https://www.mymeetinghelp.com/Home/Meetings/Get_Started/About_the_mobile_apps



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet

### 1.1 Information we collect

**Internet or electronic network activity** information as follows:

- Usage data, such as performance metrics related to your use of the website;

- Log data generated when you use the Website, including Internet Service Provider ("ISP"), browser type, referring/exit pages, the files viewed on our site, referrer URL, key words entered into a search engine, operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the Website;

- Device data, such as the configuration of your device.

**Identifiers** associated with cookies or other technologies that may uniquely identify your device or browser, your Internet Protocol ("IP") address and your approximate location.

**Other identifiers**, including your name, company name, title, telephone number, email address and country.

https://www.pgi.com/privacy-policy/

### 2.1 Information we collect

We will collect your name, professional contact details, your job role and/or your signature in order for us to manage our relationship with your business to perform the services agreement, manage the contract, bill or send you product notifications or information our business solutions.

We will also need to process the following information from users: name or username, contact details, IP address and access number. The following information will be generated by the services: usage and traffic information including duration of meeting or event, date and time, number of participants, web browser versions or bit rate to and from our servers and the content recorded of meeting or events and files uploaded to the platform.

https://www.pgi.com/privacy-policy/

| | |
|---|---|
| | ### 3.5 Transfers of personal information<br><br>Your personal information is stored on PGi´s servers and the servers of our service providers located in different parts of the world. Where information from residents in the EEA, Switzerland or the United Kingdom is transferred to, or accessed remotely in, a non-EEA country that is not recognised by the EU Commission as providing an adequate level of data protection, we rely on the EU Commission approved standard contractual clauses. In some instances, where this mechanism does not apply, we may still transfer personal information to third https://www.pgi.com/privacy-policy/ |
| (d) the system is capable of extracting a specific "VoIP address or return path" and all associated information corresponding to a specific registered VoIP enabled wireless device user account from the system accessible database(s) and communicating with each specific VoIP enabled wireless device registered to the system through each specific "VoIP address or return path"; | The accused system utilized by the accused instrumentality is the system which is capable of extracting a specific "VoIP address or return path" (e.g., an IP address of a user device such as a smartphone enabled with PGI's GlobalMeet application) and all associated information (e.g., device information, hardware information, online status information, etc.) corresponding to a specific registered VoIP enabled wireless device user account (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) from the system accessible database(s) and communicating with each specific VoIP enabled wireless device (e.g., user device of the called contact such as a smartphone enabled with PGI's GlobalMeet application) registered to the system through each specific "VoIP address or return path" (e.g., an IP address of the user device of the called contact such as a smartphone enabled with PGI's GlobalMeet application).<br><br>The accused instrumentality provides voice calling functionality over IP network between users. The accused instrumentality extracts and updates IP addresses of the user devices in its databases. The accused instrumentality enables a user to call a contact by extracting the contacted user's IP address and initiating call procedure corresponding to that IP address. |



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



https://www.pgi.com/products/globalmeet/collaboration/video/

GlobalMeet® Collaboration seamlessly connects people all over the world. Whether you are at the office, on your own couch, or enjoying a latte at a coffee shop, the possibilities are endless. Free online meeting tools, like screen sharing, VoIP audio, and HD video, are just a click away.

## Meeting features

Access to certain GlobalMeet Collaboration features can be disabled. See Restricting meeting features on the next page.

- **Host and attend meetings** in Chrome, Firefox, Microsoft Edge, and Internet Explorer 11 browsers, and GlobalMeet desktop and mobile apps.

  A host can set up to five guests to *co-host* role, allowing them to do everything a host can do during the meeting. A host can also promote guests to *presenter* role, letting them control shared content and manage other guests' audio.

- **Connect audio.** Connect to meeting audio by VoIP audio, dial-out, or dial-in, and change your audio connection during the meeting. Connection options can be set at the enterprise level.

https://files.mtstatic.com/site_7269/16141/0?Expires=1631530388



https://www.mymeetinghelp.com/Home/Meetings/Get_Started/About_the_mobile_apps



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet

### 1.1 Information we collect

**Internet or electronic network activity** information as follows:

- Usage data, such as performance metrics related to your use of the website;

- Log data generated when you use the Website, including Internet Service Provider ("ISP"), browser type, referring/exit pages, the files viewed on our site, referrer URL, key words entered into a search engine, operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the Website;

- Device data, such as the configuration of your device.

**Identifiers** associated with cookies or other technologies that may uniquely identify your device or browser, your Internet Protocol ("IP") address and your approximate location.

**Other identifiers**, including your name, company name, title, telephone number, email address and country.

https://www.pgi.com/privacy-policy/

### 2.1 Information we collect

We will collect your name, professional contact details, your job role and/or your signature in order for us to manage our relationship with your business to perform the services agreement, manage the contract, bill or send you product notifications or information our business solutions.

We will also need to process the following information from users: name or username, contact details, IP address and access number. The following information will be generated by the services: usage and traffic information including duration of meeting or event, date and time, number of participants, web browser versions or bit rate to and from our servers and the content recorded of meeting or events and files uploaded to the platform.

https://www.pgi.com/privacy-policy/

### 3.5 Transfers of personal information

Your personal information is stored on PGi´s servers and the servers of our service providers located in different parts of the world. Where information from residents in the EEA, Switzerland or the United Kingdom is transferred to, or accessed remotely in, a non-EEA country that is not recognised by the EU Commission as providing an adequate level of data protection, we rely on the EU Commission approved standard contractual clauses. In some instances, where this mechanism does not apply, we may still transfer personal information to third https://www.pgi.com/privacy-policy/

Voice over Internet Protocol refers to the standards that facilitate voice-based phone calls using an internet connection instead of a local telephone company.

Voice over IP converts your voice into a digital signal, compresses it, and sends it over the internet. A VoIP service provider sets up the call between all participants. On the receiving end, the digital data is then uncompressed into the sound that you hear through your handset or speakerphone.

People opt for VoIP because they can make phone calls without any telephone service, which saves them on long-distance charges. If you have internet access, you don't need to run any extra copper wires. This lets employees work from home or **telecommute** to the office as well.

To call someone using VoIP, you need a SIP-compatible desk phone or a VoIP calling app, which means it is assigned an IP address so that calls can be made from your network. Unlike landline phones, they are capable of high-definition (HD) phone calls.
https://www.nextiva.com/blog/how-does-voip-work.html



https://www.routerfreak.com/how-voip-apps-skype-whatsapp-facebook-messenger-work/

| (e) in which the VoIP enabled wireless device registered to the server incorporates the software module, which at certain time intervals authenticates and connects to the server which is part of the system, and | The system utilized by the accused instrumentality practices such that the VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) registered to the server (e.g., PGI's GlobalMeet server) incorporates the software module (e.g., PGI's GlobalMeet application), which at certain time intervals (e.g., PGI's GlobalMeet app polls the PGI's GlobalMeet server after regular intervals) authenticates and connects to the server (e.g., PGI's GlobalMeet server) which is part of the system.<br><br>As shown below, a user verifies its ID with the system utilized by the accused instrumentality to access the service provided by the system. The system authenticates the user and connects the user to the PGI's GlobalMeet server. |



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



https://www.globalmeet.com/login/



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

### 3.4 Security

We provide reasonable technical and organizational security controls to protect your personal information. However, despite our efforts, no security controls are fully effective and PGi cannot ensure or warrant the security of your personal information. We recommend that you take every precaution in protecting your personal information when you are on the Internet. For example, change your passwords often, use a combination of letters, numbers, and symbols when creating passwords, and make sure you use a secure browser.

https://www.pgi.com/privacy-policy/

Upon information and belief, a user device enabled with PGI's GlobalMeet application periodically re-engages with the PGI's GlobalMeet server for any further updates. As shown below, an android application periodically authenticates a user device with the help of an account manager or token, The PGI's GlobalMeet server authenticates the user device enabled with PGI's GlobalMeet application periodically.

## Regular Repeated Pings

For apps that require data updates at regular intervals, tools like Google Cloud Messenger should be used to push this information down to the app. Building your own service often results in polling in the background by setting an alarm for every $x$ minutes, then waking up the radio and downloading your data. This does not seem like a big deal, but imagine an app that pings the server for updates every 3 minutes. Extrapolate this out —your app will make 480 connections every 24 hours. Throw in a 10 second state machine timer, and now these "harmless" connections are

https://books.google.co.in/books?id=K5aJCgAAQBAJ&pg=PT279&lpg=PT279#v=onepage&q&f=false

The optimal frequency of regular updates will vary based on device state, network connectivity, user behavior, and explicit user preferences.

Optimizing battery life discusses how to build battery-efficient apps that modify their refresh frequency based on the state of the host device. That includes disabling background service updates when you lose connectivity and reducing the rate of updates when the battery level is low.

This lesson will examine how your refresh frequency can be varied to best mitigate the effect of background updates on the underlying wireless radio state machine.

## Use Firebase Cloud Messaging as an alternative to polling

Every time your app polls your server to check if an update is required, you activate the wireless radio, drawing power unnecessarily, for up to 20 seconds on a typical 3G connection.

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

https://developer.android.com/training/efficient-downloads/regular_updates

# Firebase Cloud Messaging 

Firebase Cloud Messaging (FCM) is a cross-platform messaging solution that lets you reliably send messages at no cost.

Using FCM, you can notify a client app that new email or other data is available to sync. You can send notification messages to drive user re-engagement and retention. For use cases such as instant messaging, a message can transfer a payload of up to 4KB to a client app.



Using deprecated Google Cloud Messaging APIs? Learn more about how to migrate to FCM.

https://firebase.google.com/docs/cloud-messaging/

Applications typically try to remember the user using one of three techniques:

1. Ask the user to type in a username.

2. Retrieve a unique device ID to remember the device.

3. Retrieve a built-in account from `AccountManager`.

Option (1) is problematic. First, asking the user to type something before entering your app will automatically make your app less appealing. Second, there's no guarantee that the username chosen will be unique.

Option (2) is less onerous for the user, but it's tricky to get right. More importantly, it only allows you to remember the user on one device. Imagine the frustration of someone who upgrades to a shiny new device, only to find that your app no longer remembers them.

Option (3) is the preferred technique. Account Manager allows you to get information about the accounts that are stored on the user's device. As we'll see in this lesson, using Account Manager lets you remember your user, no matter how many devices the user may own, by adding just a couple of extra taps to your UI.

https://developer.android.com/training/id-auth/identify

Many servers support some notion of an *authentication token*, which can be used to authenticate a request to the server without sending the user's actual password. (Auth tokens are normally created with a separate request which does include the user's credentials.) AccountManager can generate auth tokens for applications, so the application doesn't need to handle passwords directly. Auth tokens are normally reusable and cached by AccountManager, but must be refreshed periodically. It's the responsibility of applications to *invalidate* auth tokens when they stop working so the AccountManager knows it needs to regenerate them.

Applications accessing a server normally go through these steps:

- Get an instance of AccountManager using `get(android.content.Context)` .

- List the available accounts using `getAccountsByType(String)` or `getAccountsByTypeAndFeatures(String, String[], AccountManagerCallback, Handler)` . Normally applications will only be interested in accounts with one particular *type*, which identifies the authenticator. Account *features* are used to identify particular account subtypes and capabilities. Both the account type and features are authenticator-specific strings, and must be known by the application in coordination with its preferred authenticators.

https://developer.android.com/reference/android/accounts/AccountManager



| | |
|---|---|
| (f) wherein a time between each time interval of the registered VoIP enabled wireless device authenticating and connecting with the server | The system utilized by the accused instrumentality practices such that a time between each time interval of the registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) authenticating and connecting with the server (e.g., PGI's GlobalMeet server) is less than a time allowed by the registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with PGI's GlobalMeet application) to receive a response from the server (e.g., PGI's GlobalMeet |

| | |
|---|---|
| is less than a time allowed by the registered VoIP enabled wireless device to receive a response from the server. | server).<br><br>When a user device such as a smartphone enabled with PGI's GlobalMeet application, during a PGI's GlobalMeet voice call, switches from cellular network to Wi-Fi network or vice versa, the IP address of the user device changes. The accused instrumentality provides seamless and smooth voice calling functionality even when the user device changes the network. The accused instrumentality must take less time to authenticate and connect the user device with a new IP address to the PGI's GlobalMeet server than a time allowed by the user device to receive a voice calling response from the server to ensure no data packet loss. |



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

The accused instrumentality performs voice calling over IP network.



https://www.pgi.com/products/globalmeet/collaboration/



https://www.pgi.com/products/globalmeet/collaboration/video/

GlobalMeet® Collaboration seamlessly connects people all over the world. Whether you are at the office, on your own couch, or enjoying a latte at a coffee shop, the possibilities are endless. Free online meeting tools, like screen sharing, VoIP audio, and HD video, are just a click away.

## Meeting features

Access to certain GlobalMeet Collaboration features can be disabled. See Restricting meeting features on the next page.

- **Host and attend meetings** in Chrome, Firefox, Microsoft Edge, and Internet Explorer 11 browsers, and GlobalMeet desktop and mobile apps.

  A host can set up to five guests to *co-host* role, allowing them to do everything a host can do during the meeting. A host can also promote guests to *presenter* role, letting them control shared content and manage other guests' audio.

- **Connect audio.** Connect to meeting audio by VoIP audio, dial-out, or dial-in, and change your audio connection during the meeting. Connection options can be set at the enterprise level.

https://files.mtstatic.com/site_7269/16141/0?Expires=1631530388



https://www.mymeetinghelp.com/Home/Meetings/Get_Started/About_the_mobile_apps



https://play.google.com/store/apps/details?id=com.pgi.gmmeet

Experience better meetings anywhere you go with the GlobalMeet® mobile app. Our high-quality meeting app is designed with the mobile user in mind to ensure you and your teams can connect, collaborate, and communicate easily and efficiently.

Key features:
• Join meetings quickly and easily through email or calendar links, or via recently joined meetings, search, or manual URL entry
• Highly accessible, intuitive audio controls tailored for users who are commuting, collaborating remotely or generally on-the-go
• Connect to meetings using VoIP, dial-out, or call in
• View high-quality screenshare with an immersive, zoomable viewing mode
• See who's meeting with a readable participant list
• Manage participants as a host with mute, promote and dismiss controls
• Works over WiFi, 4G/LTE, and 3G networks

https://play.google.com/store/apps/details?id=com.pgi.gmmeet

### 1.1 Information we collect

**Internet or electronic network activity** information as follows:

- Usage data, such as performance metrics related to your use of the website;

- Log data generated when you use the Website, including Internet Service Provider ("ISP"), browser type, referring/exit pages, the files viewed on our site, referrer URL, key words entered into a search engine, operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the Website;

- Device data, such as the configuration of your device.

**Identifiers** associated with cookies or other technologies that may uniquely identify your device or browser, your Internet Protocol ("IP") address and your approximate location.

**Other identifiers**, including your name, company name, title, telephone number, email address and country.

https://www.pgi.com/privacy-policy/

### 2.1 Information we collect

We will collect your name, professional contact details, your job role and/or your signature in order for us to manage our relationship with your business to perform the services agreement, manage the contract, bill or send you product notifications or information our business solutions.

We will also need to process the following information from users: name or username, contact details, IP address and access number. The following information will be generated by the services: usage and traffic information including duration of meeting or event, date and time, number of participants, web browser versions or bit rate to and from our servers and the content recorded of meeting or events and files uploaded to the platform.

https://www.pgi.com/privacy-policy/

As shown below, an exemplary application manages network connectivity.

Class that answers queries about the state of network connectivity. It also notifies applications when network connectivity changes.

The primary responsibilities of this class are to:

1. Monitor network connections (Wi-Fi, GPRS, UMTS, etc.)
2. Send broadcast intents when network connectivity changes
3. Attempt to "fail over" to another network when connectivity to a network is lost
4. Provide an API that allows applications to query the coarse-grained or fine-grained state of the available networks
5. Provide an API that allows applications to request and select networks for their data traffic

https://developer.android.com/reference/android/net/ConnectivityManager#EXTRA_IS_FAILOVER

If this is a connection that was the result of failing over from a disconnected network, then the FAILOVER_CONNECTION boolean extra is set to true.

For a loss of connectivity, if the connectivity manager is attempting to connect (or has already connected) to another network, the NetworkInfo for the new network is also passed as an extra. This lets any receivers of the broadcast know that they should not necessarily tell the user that no data traffic will be possible. Instead, the receiver should expect another broadcast soon, indicating either that the failover attempt succeeded (and so there is still overall data connectivity), or that the failover attempt failed, meaning that all connectivity has been lost.

https://developer.android.com/reference/android/net/ConnectivityManager#EXTRA_IS_FAILOVER

## Detect connection changes

The final piece of the puzzle is the `BroadcastReceiver` subclass, `NetworkReceiver` . When the device's network connection changes, `NetworkReceiver` intercepts the action `CONNECTIVITY_ACTION` , determines what the network connection status is, and sets the flags `wifiConnected` and `mobileConnected` to true/false accordingly. The upshot is that the next time the user returns to the app, the app will only download the latest feed and update the display if `NetworkActivity.refreshDisplay` is set to `true` .

Setting up a `BroadcastReceiver` that gets called unnecessarily can be a drain on system resources. The sample application registers the `BroadcastReceiver NetworkReceiver` in `onCreate()` , and it unregisters it in `onDestroy()` . This is more lightweight than declaring a `<receiver>` in the manifest. When you declare a `<receiver>` in the manifest, it can wake up your app at any time, even if you haven't run it for weeks. By registering and unregistering `NetworkReceiver` within the main activity, you ensure that the app won't be woken up after the user leaves the app. If you do declare a `<receiver>` in the manifest and you know exactly where you need it, you can use `setComponentEnabledSetting()` to enable and disable it as appropriate.

https://developer.android.com/training/basics/network-ops/managing